Entered: February 25, 2014
Signed: February 25, 2014

**SO ORDERED**



**DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:  13–27866 – DK    Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jetho N Chatani | Sarup J. Chatani |
| *debtor has no known aliases* | *debtor has no known aliases* |
| P.O. Box 947 | P.O. Box 947 |
| Berlin, MD 21811 | Berlin, MD 21811 |

Social Security No.:   xxx–xx–9785           xxx–xx–9768

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 10/22/13.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Monique D. Almy is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** – *admin*

**End of Order**